UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                          Case No. 24-30452
                                           Originating No.  23CR2465

**DAVID DEMETRIC WHITE,**

        Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DAVID DEMETRIC WHITE,** to answer to charges pending in another federal district, and states:

    1.  On **October 23, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Arizona based on a Superseding indictment**.  Defendant is charged in that district with violations of  **21 USC Sections 846 and 841(a)(1) and (b()1)(A)(vi) – Conspiracy to Distribute 400 Grams or More of Fentanyl.**

    2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Jason Norwood*
JASON NORWOOD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 23, 2024